**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

HENRY OLIVER McKINNON,

      Plaintiff,

v.                             CASE NO.  4:11cv443-RH/WCS

ST. JOHN COUNTY et al.,

      Defendants.

_____/

**<u>ORDER FOR TRANSFER</u>**

This case is before the court on the magistrate judge's report and recommendation, ECF No. 4.  The plaintiff complained of the short deadline for objections, ECF No. 5, but over a month has passed and he still has filed no objections.  Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion.  This case is transferred to the United States District Court for the Middle

District of Florida, Jacksonville Division.  The clerk must take all steps necessary

to effect the transfer.

SO ORDERED on October 13, 2011.

Robert L. Hinkle
United States District Judge